**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____Northern_____ District of __Georgia__
                                          (State)

Case number (*If known*): _____ Chapter __7__

☐ Check if this is an amended filing

Official Form 205

# Involuntary Petition Against a Non-Individual       12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

## Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

1. **Chapter of the Bankruptcy Code**

   *Check one:*

   ☒ Chapter 7
   ☐ Chapter 11

## Part 2: Identify the Debtor

2. **Debtor's name**

   Customized Distribution LLC

3. **Other names you know the debtor has used in the last 8 years**

   Include any assumed names, trade names, or *doing business as* names.

   CDI

4. **Debtor's federal Employer Identification Number (EIN)**

   ☐ Unknown

   5 8 – 2 5 2 6 6 5 4
   EIN

5. **Debtor's address**

   **Principal place of business**

   118 Raymond Street
   Number    Street

   _____

   Jonesboro              GA      30236
   City                   State   ZIP Code

   Clayton
   County

   **Mailing address, if different**

   605 Selig Drive SW
   Number    Street

   _____
   P.O. Box

   Atlanta                GA      30336
   City                   State   ZIP Code

   **Location of principal assets, if different from principal place of business**

   _____
   Number    Street

   _____

   _____
   City                   State   ZIP Code

Debtor  __Customized Distribution LLC_____   Case number (if known)_____
         Name

| | | |
|---|---|---|
| 6. | **Debtor's website** (URL) | _____ |

| | | |
|---|---|---|
| 7. | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other type of debtor. Specify: _____ |

| | | |
|---|---|---|
| 8. | **Type of debtor's business** | *Check one:* |
| | | ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A)) |
| | | ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B)) |
| | | ☐ Railroad (as defined in 11 U.S.C. § 101(44)) |
| | | ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A)) |
| | | ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6)) |
| | | ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3)) |
| | | ☒ None of the types of business listed. |
| | | ☐ Unknown type of business. |

| | | |
|---|---|---|
| 9. | **To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?** | ☒ No |
| | | ☐ Yes. Debtor _____ Relationship _____ |
| | | District _____ Date filed _____ Case number, if known _____ |
| | |                                                             MM / DD / YYYY |
| | | Debtor _____ Relationship _____ |
| | | District _____ Date filed _____ Case number, if known _____ |
| | |                                                             MM / DD / YYYY |

## Part 3:  Report About the Case

| | | |
|---|---|---|
| 10. | **Venue** | *Check one:* |
| | | ☒ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district. |
| | | ☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district. |

| | | |
|---|---|---|
| 11. | **Allegations** | Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b). |
| | | The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a). |
| | | *At least one box must be checked*: |
| | | ☒ The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount. |
| | | ☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession. |

| | | |
|---|---|---|
| 12. | **Has there been a transfer of any claim against the debtor by or to any petitioner?** | ☒ No |
| | | ☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a). |

Official Form 205                     Involuntary Petition Against a Non-Individual                     page 2

Debtor **Customized Distribution LLC**
Name

Case number *(if known)*_____

**13. Each petitioner's claim**

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| Cold Freight and Dry Ice, Inc. | Account for services rendered/goods sold | $ 29,994.01 |
| Collins Transportation Inc | Account for services rendered/goods sold | $ 89,340.00 |
| Maritime International Products, Inc. | Account for services rendered/goods sold | $ 1,800,635.01 |
| | Total of petitioners' claims | $ See attached |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

## Part 4: Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

| Petitioners or Petitioners' Representative | Attorneys |
|---|---|
| **Name and mailing address of petitioner** | Leon S. Jones <br> Printed name |
| Cold Freight and Dry Ice, Inc. <br> Name | Jones & Walden LLC <br> Firm name, if any |
| 6955 Oak Ridge Pkwy, Suite 111 <br> Number   Street | 699 Piedmont Avenue NE <br> Number   Street |
| Austell    GA    30168 <br> City    State    ZIP Code | Atlanta    GA    30308 <br> City    State    ZIP Code |
| **Name and mailing address of petitioner's representative, if any** | Contact phone  404-564-9300   Email  ljones@joneswalden.com |
| David Gill <br> Name | Bar number  003980 |
| 6955 Oak Ridge Pkwy, Suite 111 <br> Number   Street | State  GA |
| Austell    GA    30168 <br> City    State    ZIP Code | |
| I declare under penalty of perjury that the foregoing is true and correct. | |
| Executed on  03/03/2025 <br>          MM / DD / YYYY | ✗ /s/ Leon S. Jones <br> Signature of attorney |
| ✗   /s/ David Gill, CEO <br> Signature of petitioner or representative, including representative's title | Date signed  03/13/2025 <br>          MM / DD / YYYY |

Official Form 205    Involuntary Petition Against a Non-Individual    page 3

Debtor  Customized Distribution LLC
_____ Name

Case number (if known)_____

---

**Name and mailing address of petitioner**

Collins Transportation Inc
Name

133 Witcher Road
Number    Street

Newnan            GA        30263
City              State     ZIP Code

**Name and mailing address of petitioner's representative, if any**

Tommy Collins
Name

133 Witcher Road
Number    Street

Newnan            GA        30263
City              State     ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  03/10/2025
             MM / DD / YYYY

✗  /s/ Tommy Collins, CEO
Signature of petitioner or representative, including representative's title

---

Leon S. Jones
Printed name

Jones & Walden LLC
Firm name, if any

699 Piedmont Avenue NE
Number    Street

Atlanta           GA        30308
City              State     ZIP Code

Contact phone  404-564-9300   Email  ljones@joneswalden.com

Bar number  003980

State  GA

✗  /s/ Leon S. Jones
Signature of attorney

Date signed  03/13/2025
             MM / DD / YYYY

---

**Name and mailing address of petitioner**

Maritime Products International, Inc.
Name

11825 Rock Landing Road, Suite Y-1A
Number    Street

Newport News      VA        23606
City              State     ZIP Code

**Name and mailing address of petitioner's representative, if any**

Matthew A. Fass
Name

11825 Rock Landing Road, Suite Y-1A
Number    Street

Newport News      VA        23606
City              State     ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  02/28/2025
             MM / DD / YYYY

✗  /s/ Matthew A. Fass, President
Signature of petitioner or representative, including representative's title

---

Leon S. Jones
Printed name

Jones & Walden LLC
Firm name, if any

699 Piedmont Avenue NE
Number    Street

Atlanta           GA        30308
City              State     ZIP Code

Contact phone  404-564-9300   Email  ljones@joneswalden.com

Bar number  003980

State  GA

✗  /s/ Leon S. Jones
Signature of attorney

Date signed  03/13/2025
             MM / DD / YYYY

---

Official Form 205        Involuntary Petition Against a Non-Individual        page 4

Debtor  **Customized Distribution LLC**
Name

Case number *(if known)* _____

---

**Name and mailing address of petitioner**

Kenosha Beef International, LTD. dba Birchwood Foods
Name

PO Box 639
Number   Street

Kenosha         WI        53141
City            State     ZIP Code

**Name and mailing address of petitioner's representative, if any**

Brad Boyle
Name

PO Box 639
Number   Street

Kenosha         WI        53141
City            State     ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  03/07/2025
             MM / DD / YYYY

✗  /s/ Brad Boyle, Credit Manager
Signature of petitioner or representative, including representative's title

---

Leon S. Jones
Printed name

Jones & Walden LLC
Firm name, if any

699 Piedmont Avenue NE
Number   Street

Atlanta         GA        30308
City            State     ZIP Code

Contact phone  404-564-9300    Email  ljones@joneswalden.com

Bar number  003980

State  GA

✗  /s/ Leon S. Jones
Signature of attorney

Date signed  03/13/2025
             MM / DD / YYYY

---

**Name and mailing address of petitioner**

Schreiber Foods, Inc.
Name

400 N Washington St.
Number   Street

Green Bay       WI        54301
City            State     ZIP Code

**Name and mailing address of petitioner's representative, if any**

Chad Wiegand
Name

400 N Washington St.
Number   Street

Green Bay       WI        54301
City            State     ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  03/04/2025
             MM / DD / YYYY

✗  /s/ Chad Wiegand, EVP & Chief Risk Officer
Signature of petitioner or representative, including representative's title

---

Leon S. Jones
Printed name

Jones & Walden LLC
Firm name, if any

699 Piedmont Avenue NE
Number   Street

Atlanta         GA        30308
City            State     ZIP Code

Contact phone  404-564-9300    Email  ljones@joneswalden.com

Bar number  003980

State  GA

✗  /s/ Leon S. Jones
Signature of attorney

Date signed  03/13/2025
             MM / DD / YYYY

---

Debtor: Customized Distribution LLC (Name)    Case number (if known): _____

### Name and mailing address of petitioner

Name: Ventura Foods LLC
Number Street: 40 Pointe Drive
City: Brea    State: CA    ZIP Code: 92821

### Name and mailing address of petitioner's representative, if any

Name: Yvette Maxwell
Number Street: 40 Pointe Drive
City: Brea    State: CA    ZIP Code: 92821

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 03/07/2025 (MM/DD/YYYY)

✘ /s/ Yvette Maxwell, Sr. Director of Credit & Collections
Signature of petitioner or representative, including representative's title

Printed name: Leon S. Jones
Firm name, if any: Jones & Walden LLC
Number Street: 699 Piedmont Avenue NE
City: Atlanta    State: GA    ZIP Code: 30308
Contact phone: 404-564-9300    Email: ljones@joneswalden.com
Bar number: 003980
State: GA

✘ /s/ Leon S. Jones
Signature of attorney

Date signed: 03/13/2025 (MM/DD/YYYY)

### Name and mailing address of petitioner

Name: H & T Seafood, Inc.
Number Street: 5598 Lindbergh Lane
City: Bell    State: CA    ZIP Code: 90201

### Name and mailing address of petitioner's representative, if any

Name: Howard Lapides
Number Street: 5598 Lindbergh Lane
City: Bell    State: CA    ZIP Code: 90201

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 03/04/2025 (MM/DD/YYYY)

✘ /s/ Howard Lapides, EVP
Signature of petitioner or representative, including representative's title

Printed name: Leon S. Jones
Firm name, if any: Jones & Walden LLC
Number Street: 699 Piedmont Avenue NE
City: Atlanta    State: GA    ZIP Code: 30308
Contact phone: 404-564-9300    Email: ljones@joneswalden.com
Bar number: 003980
State: GA

✘ /s/ Leon S. Jones
Signature of attorney

Date signed: 03/13/2025 (MM/DD/YYYY)

Alleged Debtor: Customized Distribution LLC
Case Number: 25-_____

| Name of Petitioner | Nature of Petitioner's Claim | Amount of the Claim Above the Value of Any Lien |
|---|---|---|
| Cold Freight and Dry Ice, Inc. | Account for services rendered/goods sold | $ 29,994.01 |
| Collins Transportation Inc | Account for services rendered/goods sold | $ 89,340.00 |
| Maritime Products International, Inc. | Account for services rendered/goods sold | $ 1,800,635.01 |
| Kenosha Beef International, LTD. dba Birchwood Foods | Goods sold | $ 779,870.88 |
| Schreiber Foods, Inc. | Goods sold | $ 1,060,242.52 |
| Ventura Foods LLC | Goods sold | $ 311,847.26 |
| H & T Seafood, Inc. | Goods sold | $ 145,350.00 |
| | Total: | $ 4,217,279.68 |