**IT IS ORDERED as set forth below:**

**Date: April 18, 2025**

**Jeffery W. Cavender**
**U.S. Bankruptcy Court Judge**

___

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE:<br><br>**CUSTOMIZED DISTRIBUTION LLC,**<br><br>Alleged Debtor. | **CHAPTER 7**<br><br>**CASE NO. 25-52759-JWC** |

## ORDER FOR RELIEF

On or about March 13, 2025, Cold Freight and Dry Ice, Inc., Collins Transportation Inc., Maritime Products International, Inc., Kenosha Beef International, LTD (d/b/a Birchwood Foods), Schreiber Foods, Inc., Ventura Foods LLC, and H&T Seafood, Inc. (collectively, the "Petitioning Creditors") filed an involuntary petition (the "Petition") seeking an order for relief against Customized Distribution LLC ("Customized"). The Clerk issued a Summons on March 14, 2025 (the "Summons"). As reflected on a *Certificate of Service* filed by the Petitioning Creditors, Customized was served with a copy of the Summons and Petition via U.S. Mail (Docket No. 16). More than 24 days have passed since the service of the Petition and Summons and Customized has

failed to file a response to the Petition as required by the Summons issued pursuant to Federal Rule of Bankruptcy Procedure 1011. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the Petition filed in the above-referenced case is hereby **GRANTED**; and it is further

**ORDERED AND ADJUDGED** that an order for relief under Chapter 7 of Title 11 of the United States Code is hereby **ENTERED**; and it is further

**ORDERED AND ADJUDGED** that within 14 days of the entry of this Order for Relief, Customized shall and is hereby directed to file its schedules and statements, all as contemplated by Federal Rule of Bankruptcy Procedure 1007(c).

### [END OF ORDER]

**Presented and Prepared by:**
**JONES & WALDEN LLC**
*/s/ Leon S. Jones*
Leon S. Jones
Georgia Bar No. 003980
699 Piedmont Avenue, NE
Atlanta, GA 30308
(404) 564-9300
LJones@joneswalden.com
*Attorney for Petitioning Creditors*

## DISTRIBUTION LIST

Customized Distribution LLC
c/o Saquita Lewis, Registered Agent
118 Raymond Street
Jonesboro, GA 30236

Customized Distribution LLC
5151 Brooke Hollow Pkwy
Norcross, GA 30071

Daniel Plattner
730 Hunter Lane
Lake Forest, IL 60045

Jerald Hayes
5151 Brooke Hollow Pkwy
Norcross, GA 30071

Blackbriar Advisors LLC
c/o Robert Schleizer, Manager
2626 Cole Ave., Suite 300
Dallas, TX 75204

Leon S. Jones
699 Piedmont Avenue, NE
Atlanta, GA 30308

Customized Distribution LLC
605 Selig Drive SW
Atlanta, GA 30336

Richard P. DiStasio
715 North Prospect Avenue
Park Ridge, IL 60068

Benjamin Escobar
1515 South Cumberland Avenue
Park Ridge, IL 60068

Blackbriar Advisors LLC
c/o Harold J. Kessler, Managing Director
9506 Hill View Drive
Dallas, TX 75291

Blackbriar Advisors LLC
c/o Robert W. Schleizer, Registered Agent
7957 Glade Creek Ct
Dallas, TX 75218