FILED IN CLERK'S OFFICE
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT
OF GEORGIA

2025 MAY -2 PM 1:15

VANIA S. ALLEN
CLERK
BY: Rachael Smith
DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | CHAPTER 7 |
| CUSTOMIZED DISTRIBUTION, LLC ) | |
| ) | (Involuntary) |
| Debtor ) | |
| ) | CASE NO. 25-52759-jwc |
| ) | |
| LIPMAN-TEXAS, LLC t/a LIPMAN FAMILY ) | |
| FARMS, FRESHPOINT ATLANTA, INC., and ) | |
| YOUR WAY FRESH, LLC ) | |
| ) | |
| Movants ) | |
| v. ) | |
| ) | |
| CUSTOMIZED DISTRIBUTION, LLC ) | |
| ) | |
| Respondent ) | |

## NOTICE OF FILING INTO COURT REGISTRY

COMES NOW, non-party BlackBriar Advisors, LLC ("BlackBriar"), pursuant to the Court's April 2, 2025 *ORDER (1) GRANTING RELIEF UNDER 11 U.S.C. § 303(F), (2) DIRECTING PAYMENTS INTO REGISTRY OF THE COURT, AND (3) DENYING OTHER RELIEF*,[1] and hereby provides the Court and all counsel of record with notice that it has, on May 2, 2025, caused the deposit of the following checks made payable to Chapter 7 Debtor Customized Distribution, LLC (and/or CDI Corp.) into the registry of the United States Bankruptcy Court, Northern District of Georgia, Atlanta Division:

---

[1] BlackBriar is appearing on a limited basis solely to comply with the Court's April 2, 2025 Order.

Page 1 of 3

| Check Date | Check Number | Check Amount | Maker of Check |
|---|---|---|---|
| 1/30/25 | 0000188511 | $1,471.12 | Great American Insurance Company |
| 2/10/25 | 70454949 | $173,745.39 | McLane Foodservice, Inc. |
| 2/10/25 | 30075346 | $33,707.45 | McLane Foodservice |
| 2/12/25 | 142906768 | $1,893.27 | Sysco Corporation |
| 2/13/25 | 30075551 | $77,124.79 | McLane Foodservice |
| 2/20/25 | 142906782 | $2,476.40 | Sysco Corporation |
| 2/24/25 | 15470097 | $23,858.58 | First Insurance Funding, a Division of Lake Forest Bank & Trust Company, N.A. |
| 2/27/25 | 87396460 | $20.01 | Automatic Data Processing |

Dated: May 2nd, 2025.

BOVIS, KYLE, BURCH & MEDLIN, LLC

/s/ Kathy C. So
Kathy C. So
Georgia Bar No.: 660077
Michael D. Stacy
Georgia Bar No.: 940322

200 Ashford Center North, Suite 500
Atlanta, GA   30338-2668
Telephone: 770-391-9100
Facsimile:  770-668-0878
kso@boviskyle.com
mstacy@boviskyle.com
*Attorneys for BlackBriar Advisors LLC*

## CERTIFICATE OF SERVICE

This is to certify that I have, on this day, electronically filed the within and foregoing, NOTICE OF FILING INTO COURT REGISTRY using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompany links to this document to the parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program.

A copy has been sent via United States Mail, properly stamped and addressed, as follows:

Customized Distribution
118 Raymond Street
Jonesboro, Georgia 30236

Customized Distribution
605 Selig Drive SW
Atlanta, Georgia 30336

Dated: May 2, 2025.

BOVIS, KYLE, BURCH & MEDLIN, LLC

/s/ Kathy C. So
Kathy C. So
Georgia Bar No.: 660077
Michael D. Stacy
Georgia Bar No.: 940322

200 Ashford Center North, Suite 500
Atlanta, GA   30338-2668
Telephone: 770-391-9100
Facsimile:  770-668-0878
kso@boviskyle.com
mstacy@boviskyle.com
*Attorneys for BlackBriar Advisors LLC*