**IT IS ORDERED as set forth below:**

**Date: June 12, 2025**

_____

**Jeffery W. Cavender**
**U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 25-52759-JWC |
| | : | |
| CUSTOMIZED DISTRIBUTION LLC, | : | CHAPTER 7 |
| | : | |
| Debtor. | : | |
| | : | |

**ORDER AUTHORIZING EMPLOYMENT OF HAYS FINANCIAL CONSULTING, LLC
AS ACCOUNTANTS FOR TRUSTEE, SUBJECT TO OBJECTION**

On June 11, 2025, Michael J. Bargar, in his capacity as Chapter 7 Trustee (the "**Trustee**"),

filed an application for appointment of Hays Financial Consulting, LLC ("**HFC**" or "**Applicant**")

as accountants for Trustee [Doc. No. 66] (the "**Application**"). The Application and accompanying

verified statement demonstrate that HFC is a firm of professionals qualified to serve as Trustee's

accountants in this case and that HFC is disinterested and represents no interest adverse to Debtor,

the estate, or any other parties in interest. As this case justifies employment of a professional for

the purposes specified, it is hereby

**ORDERED** that under 11 U.S.C. § 327 and Bankruptcy Rule 2014, the Application is **GRANTED**: Trustee is authorized to employ HFC as Trustee's accountant during this Chapter 7 case. It is further

**ORDERED** that compensation shall be paid to HFC upon notice, hearing, and approval of the Court pursuant to 11 U.S.C. §§ 330, 331 and Bankruptcy Rule 2016 of an appropriately detailed application. It is further

**ORDERED** that this Order is entered subject to written objection of the U.S. Trustee or any other party in interest within twenty-one (21) days from the date of entry of this Order. Any objection to this Order shall be served on the United States Trustee, Trustee, and proposed accountants for Trustee. If an objection is timely filed, then Trustee shall schedule a hearing on the Application and such objection pursuant to the Court's open Calendar Procedures, and shall provide notice of such hearing to the United States Trustee, HFC, and the objecting party.

**[END OF DOCUMENT]**

**Order Prepared and Presented by:**

ROUNTREE LEITMAN KLEIN & GEER, LLC

By:  */s/ Michael J. Bargar*
Michael J. Bargar, Chapter 7 Trustee
Georgia Bar No. 645709
mbargar@rlkglaw.com
Century Plaza I
2987 Clairmont Road, Suite 350
Atlanta, Georgia 30329
404-410-1220

2

**Identification of entities to be served:**

Office of the United States Trustee
362 Richard B Russell Federal Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

Customized Distribution LLC
605 Selig Drive SW
Atlanta, GA 30336

Hays Financial Consulting, LLC
2964 Peachtree Road, Suite 555
Atlanta, GA 30305-2153

3