# Form 1

## Individual Estate Property Record and Report

Page: 1

## Asset Cases

**Case No.:**  25-52759-jwc

**Case Name:**  Customized Distribution LLC

**For Period Ending:**  03/31/2026

**Trustee Name:**  (300620) Michael J. Bargar

**Date Filed (f) or Converted (c):**  03/13/2025 (f)

**§ 341(a) Meeting Date:**  05/21/2025

**Claims Bar Date:**  12/10/2025

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Cash on hand | 0.00 | 0.00 | | 0.00 | FA |
| 2 | Account at See attached | (2,357.00) | 0.00 | | 0.00 | FA |
| 3 | Letters of credit - see attached schedule | Unknown | 0.00 | | 0.00 | FA |
| 4 | Checks deposited with court registry | 290,438.00 | 290,438.00 | | 0.00 | 290,438.00 |
| 5 | A/R 11a. 90 days old or less.<br><br>Trustee has valued this asset at $1.00 as a placeholder.  He is investigating its true value.  Once he has determined the value, he will amend appropriately. | Unknown | 0.00 | | 0.00 | 1.00 |
| 6 | A/R 11b. Over 90 days old. Face amount = $620,800.<br><br>Trustee has valued this asset at $1.00 as a placeholder.  He is investigating its true value.  Once he has determined the value, he will amend appropriately. | Unknown | 0.00 | | 0.00 | 1.00 |
| 7 | See Form 206G - Executory Contracts and Unexpired Leases. | 0.00 | 0.00 | | 0.00 | FA |
| 8 | Void | 0.00 | 0.00 | | 0.00 | FA |
| 9 | See Form 206G - Executory Contracts and Unexpi, red Leases | 0.00 | 0.00 | | 0.00 | FA |
| 10 | Void | 0.00 | 0.00 | | 0.00 | FA |
| 11 | Insurance claim pending from 11/2024 for property damage to Jackson, MS arehou (Store Capital will have claim to proceeds as will Opco ABL as secured lender.<br>Trustee has valued this asset at $1.00 as a placeholder.  He is investigating its true value.  Once he has determined the value, he will amend appropriately. | Unknown | 0.00 | | 0.00 | 1.00 |
| 12 | Possible D&O Claims (u)<br><br>Trustee has valued this asset at $1.00 as a placeholder.  He is investigating its true value.  Once he has determined the value, he will amend appropriately. | 0.00 | 0.00 | | 0.00 | 1.00 |
| 13 | Possible Chapter 5 Claims (u)<br><br>Trustee has valued this asset at $1.00 as a placeholder.  He is investigating its true value.  Once he has determined the value, he will amend appropriately. | 0.00 | 0.00 | | 0.00 | 1.00 |
| **13** | **Assets          Totals**      (Excluding unknown values) | **$288,081.00** | **$290,438.00** | | **$0.00** | **$290,443.00** |

## Form 1

Page: 2

## Individual Estate Property Record and Report
## Asset Cases

**Case No.:**    25-52759-jwc

**Case Name:**    Customized Distribution LLC

**For Period Ending:**    03/31/2026

**Trustee Name:**    (300620) Michael J. Bargar

**Date Filed (f) or Converted (c):**    03/13/2025 (f)

**§ 341(a) Meeting Date:**    05/21/2025

**Claims Bar Date:**    12/10/2025

**Major Activities Affecting Case Closing:**

3/31/2026- Trustee is investigating numerous Chapter 5 claims and D&O claims.  To this end, he has hired special counsel to assist him.  Trustee's investigation is ongoing.

**Initial Projected Date Of Final Report (TFR):**    12/31/2027    **Current Projected Date Of Final Report (TFR):**    12/31/2027